UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CISNEROS, Patricia

Case No.: 19-14780  
Chapter: 7  
Judge: MBK

### NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
United States Bankruptcy Court Clerk  
Clarkson S. Fisher United States Courthouse  
402 East State Street  
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____May 13, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
3436 F Street  
Philadelphia, PA  19134  

Value: $50,000

Liens on property:   $51,000

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 19-14780-MBK
Patricia Cisneros                                                   Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: Apr 09, 2019
                              Form ID: pdf905             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             +Patricia Cisneros,    175 Lehigh Avenue,    Hamilton, NJ 08619-2027
518071983      +Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
518071984     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
518071985      +Bank of America,    1825 East Buckeye Road,    Phoenix, AZ 85034-4216
518071986      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
518071989      +Chambers Emergency Assoc,    66 West Gilbert St,    2nd fl,    Red Bank, NJ 07701-4947
518071990      +Chase Bank USA,   800 Brooksedge Blvd,     Westerville, OH 43081-2822
518071991      +Citibank,   PO Box 790110,    Saint Louis, MO 63179-0110
518071992      +Citibank (Best Buy),    PO Box 6500,    Sioux Falls, SD 57117-6500
518071993      +Citibank (Home Depot),    PO Box 6241,    Sioux Falls, SD 57117-6241
518071994      +Citibank (Sears),    PO Box 6500,    Sioux Falls, SD 57117-6500
518071995      +Citibank (WaWa),    PO Box 6500,    Sioux Falls, SD 57117-6500
518071996      +Emergency Physicians of S. Jersey,     PO BOX 1109,    Minneapolis, MN 55440-1109
518071997      +FDS Bank/DSNB/Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
518071999      +PA Housing Finance Agency,    PO Box 15057,    Harrisburg, PA 17105-5057
518072000     #+Pay Pal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
518072001      +Penn Medicine,    Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
518072003      +Princeton Radiology Assoc.,    PO Box 956,    Evansville, IN 47706-0956
518072002      +Princeton Radiology Assoc.,    3674 Rt. 27,    Suite D,    Kendall Park, NJ 08824-1002
518072004      +Sears Credit,    PO Box 78051,    Phoenix, AZ 85062-8051
518072007      +TD Bank,   PO Box 16027,    Lewiston, ME 04243-9513
518072008      +University Childrens Eye Center,     4 Cornwall Court,    East Brunswick, NJ 08816-3357
518072009      +Wakefield & Assoc,    7005 Middlebrook Pike,    Re: Chambers Emerg Assoc,
                 Knoxville, TN 37909-1156
518072010      +Wells Fargo,   PO Box 11701,    Newark, NJ 07101-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 23:42:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 23:42:51      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518071987      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 23:44:46      Capital One,
                 1680 Capital One Drive,    Mc Lean, VA 22102-3407
518071988      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 23:44:24      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518071998      +E-mail/Text: bncnotices@becket-lee.com Apr 09 2019 23:42:04      Kohls,    PO Box 2983,
                 Milwaukee, WI 53201-2983
518072005      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 23:45:07      SYNCB/Toys R Us,    PO Box 530938,
                 Atlanta, GA 30353-0938
518072006      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 23:45:07      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
518073137      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 23:44:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2           Date Rcvd: Apr 09, 2019
                              Form ID: pdf905             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              John   Zimnis    on behalf of Debtor Patricia   Cisneros njbankruptcylaw@aol.com.
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```